UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSCAR CAMPOS,

Plaintiff,

v.

JAMES DZURENDA, et al.,

Defendants.

Case No.: 2:25-cv-02577-APG-MDC

**ORDER**

**(ECF Nos. 7, 8, 9, 11)**

## I. DISCUSSION

Plaintiff Oscar Campos, who is currently incarcerated in the custody of the Nevada Department of Corrections ("NDOC") initiated this case with an incomplete application to proceed *in forma pauperis* on an outdated form. (ECF No. 1.) The Court directed Plaintiff to file a complete application to proceed *in forma pauperis* on the Court's approved form, which Plaintiff did. (ECF Nos. 3, 4.) As soon as Plaintiff filed a complete application, the Court directed NDOC officials to file Plaintiff's financial information with the Court, which NDOC officials did. (ECF Nos. 5, 6.)

Two days later, Plaintiff filed a motion for an extension to file an application to proceed *in forma pauperis*, and he subsequently filed another application to proceed *in forma pauperis* as well as a motion for the Court to order NDOC officials to submit his financial documents. (ECF Nos. 7, 8, 9.) In light of the complete application to proceed *in forma pauperis* that Plaintiff filed at ECF No. 4, the Court denies Plaintiff's other applications to proceed *in forma pauperis* (ECF Nos. 1, 8) as moot. The Court also denies as moot Plaintiff's motion for an extension to file his application to proceed *in forma pauperis* (ECF No. 7) as well as his motion for the Court to order NDOC officials to file his financial information (ECF No. 9).

The notification that Plaintiff had filed his third application to proceed *in forma pauperis* and his motion for a Court order directing NDOC officials to file his financial information came back as undeliverable to Plaintiff with a note saying that he had refused

the mail from the Court. (ECF No. 10.) Plaintiff then filed a motion requesting that the notification be served on him again because he had never refused any mail from the Court. (*Id.*)

Notice of all filings is automatically generated and sent to all parties in the case who are part of the Court's e-filing system, which includes inmates who participate in e-filing through the prison law library. However, Plaintiff does not need notice of his own filings. Plaintiff already knows when he has filed something, as well as the contents of his filings. The Court has denied both his third application to proceed *in forma pauperis* and his motion to direct NDOC officials to file his financial information as moot, and nothing more is needed regarding these motions. Therefore, the Court also denies Plaintiff's motion to resend notice of his filings.

## II. CONCLUSION

**IT IS THEREFORE ORDERED** that the applications to proceed *in forma pauperis* filed at ECF No. 1 and ECF No. 8 are **DENIED** as moot in light of the complete application to proceed *in forma pauperis* filed at ECF No. 4. The Court will consider this application at the appropriate time.

**IT IS FURTHER ORDERED** that the motions for an extension of time (ECF No. 7), a Court order directing NDOC officials to file Plaintiff's financial information (ECF No. 9), and for the Court to resend Plaintiff notice of his own filings (ECF No. 11) are **DENIED** as moot.

DATED THIS 5th day of August 2026.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE